MAUREEN SCHACTER *v.* RALPH SCHACTER

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Howard A. Jacobs* and *Mark R. Soboslai,* in support of the petition.

*Arthur E. Balbirer,* in opposition.

Decided July 24, 1990

STATE OF CONNECTICUT *v.* THOMAS GRAHAM

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 688, is denied.

*Linda J. Morkan* and *Leny K. Wallen-Friedman,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided July 24, 1990

HERBERT C. HALLAS ET AL. *v.* TOWN OF
WINDSOR ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the plaintiffs' appeal from the dismissal by the trial court of the third count of the complaint, claiming damages for violation of state and federal constitutional and statutory rights, on the ground of mootness?"

*Jon L. Schoenhorn,* in support of the petition.

*Susan J. Barnes, Francis H. Morrison III,* and *Judith A. Blank,* in opposition.

Decided June 21, 1990